FILED

05/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0473

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0473

_____

IN RE THE PARENTING OF:

S.J.W.

LEIGH PALMERI, f/k/a LEIGH KRISE.

     Petitioner and Appellee,                    O R D E R

  and

JEFFERY A. WILLIAMS,

     Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael B. Hayworth, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 8 2024